# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY DELAGOL,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | No. 15-01320 |
| **CHARLES RAMSEY,** **CITY OF PHILADELPHIA, and** **THREE JOHN AND THREE JANE DOES,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 14th day of March, 2018, upon consideration of the Motion for Judgment on the Pleadings by Defendants City of Philadelphia and Charles Ramsey (Doc. No. 27), Plaintiff's Response (Doc. No. 29), and Defendants' Reply Brief (Doc. No. 32), it is hereby **ORDERED** that the Motion is **GRANTED** and judgment on the pleadings is **ENTERED** in favor of Defendants City of Philadelphia, Ramsey, and John/Jane Does. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG,    J.**